STATE OF CONNECTICUT *v.* ROBERT LEE WALKER

The plaintiff's petition for certification for appeal from the Appellate Court, 9 Conn. App. 373, is denied.

*Barbara Goren,* special public defender, in support of the petition.

*James G. Clark,* assistant state's attorney, and *Judith Rossi,* deputy assistant state's attorney, in opposition.

Decided February 3, 1987

STATE OF CONNECTICUT *v.* RICHARD R. LINDQUIST

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Richard R. Lindquist,* pro se, in support of the petition.

*Carolyn K. Longstreth,* deputy assistant state's attorney, in opposition.

Decided February 3, 1987

STATE OF CONNECTICUT *v.* JOHN C. HOEPLINGER

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 147, is granted.

*Richard Emanuel,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided February 3, 1987